# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Dion L. Coxton,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                    3:08-cv-57-2

M. Dudley, et al,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/19/2008 Order.


Signed: February 19, 2008

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court